UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| AARON SAMUEL | CIVIL ACTION NO. 06-0808 |
| versus | JUDGE HICKS |
| CONNECTICUT GENERAL LIFE INSURANCE CO. | MAGISTRATE JUDGE HORNSBY |

**MEMORANDUM ORDER**

A Status Conference was held on November 8, 2006. The plaintiff seeks judicial review of his ERISA plan administrator's denial of a claim for disability benefits. The administrative record is ordinarily the only information the court may consider when reviewing such a case. It is the plan administrator's obligation to identify the evidence in the administrative record, but the claimant is permitted a reasonable opportunity to contest whether that record is complete. See <u>Vega v. National Life Ins. Services</u>, 188 F.3d 287, 299 (5th Cir. 1999) (en banc); <u>Estate of Bratton v. National Union Fire Ins. Co.</u>, 215 F.3d 516, 521 (5th Cir. 2000). This schedule is issued in accordance with those principles.

Counsel for defendant is directed to deliver a date-stamped copy of the relevant plan documents and the entire administrative record to counsel for the plaintiff by **January 8, 2007**. Counsel for the plaintiff should review the record and promptly advise counsel for the defendant of any contentions that the record is not complete, so that any such issues may be resolved on a timely basis. The parties are directed to file by **March 8, 2007** a joint stipulation of facts setting out any necessary background facts and stipulating to the submission of the case for decision on the administrative record and plan documents, which

are to be submitted along with the stipulation. By **April 6, 2007**, plaintiff shall file his brief on the merits. The defendant's brief is due by **May 8, 2007**. Plaintiff may file a reply brief by **May 15, 2007**.

The Clerk is directed to list this matter on Judge Hicks' next Motion Day thereafter for decision on the stipulated record.

THUS DONE AND SIGNED at Shreveport, Louisiana, this 8th day of November, 2006.

_____
MARK L. HORNSBY
UNITED STATES MAGISTRATE JUDGE